# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**WILLIE B. PAYNE,**                                                                          **PLAINTIFF,**

**VS.**                                                 **CIVIL ACTION NO. 2:01CV266-P-B**

**SCOTT FULWOOD,**
**Individually and in His Official**
**Capacity as a Police Officer of the**
**City of Olive Branch, Mississippi,**                                        **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion to Transfer Trial Location [58-1]. Upon due consideration of the motion and the responses filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Transfer Trial Location [58-1] is **DENIED**.

**SO ORDERED** this the 19th day of December, A.D., 2005.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE